# STATEMENT OF FACTS

On Tuesday, July 10, 2018, at approximately 03:52 a.m., an individual later identified as Dirk Renard ESTES (hereinafter ESTES or "defendant") entered without authorization White House Grounds on the grounds of the White House Complex, in the 1600 block of Pennsylvania Avenue, N.W., Washington, DC.

The White House complex, which includes, among other things, the White House Mansion and the Eisenhower Executive Office Building ("EEOB"), and the White House grounds, is a restricted area in Washington, D.C. Only people with authorized access are permitted inside the White House Complex, which has an exterior fence surrounding it. The White House complex is a restricted grounds or area within the meaning of 18 U.S.C. §1752(c)(l)(A).

United States Secret Service ("USSS") Officer Roberts observed an individual later identified as ESTES with a dog approach the security fencing on Pennsylvania Ave and East Executive Ave, NW. ESTES picked up the dog from the ground and walked southbound in the pass holder/workers entrance toward the entry gate for the east wing of the White House. Officer Roberts verbally instructed ESTES to Get Back, at least three times and ESTES replied "What's your badge number, I can be here." Officer Roberts stated that he was not authorized to be there and needed to leave. ESTES then proceeded to move a piece of the security fencing to create a gap large enough to walk through. The security fencing sign indicated RESTRICTED AREA DO NOT ENTER. ESTES stepped through the gap. USSS assisting officers, arrived via official trek bicycle and marked patrol vehicle and re-voiced for the individual to come back to the sidewalk. ESTES walked out of secure area towards the officers and at that time ESTES was taken into custody.

A search of ESTES's persons resulted in the discovery of two book bags containing cloths and personal items, a wallet containing his identification, well as DC Correction ID bracelet dated June 28th, 2018.

USSS Special Agents responded to interview ESTES. Following Miranda, ESTES agreed to answer questions. ESTES conveyed to USSS agents, his admiration for POTUS Trump and expressed his adamant desire to meet with POTUS. Furthermore, ESTES consistently mentioned finding the "front door of the White House" and was adamant that he entrance that he had breached

was in fact the front door. SA Gutstein queried ESTES with why he felt it was feasible to travel to the White House devoid of a proper appointment with POTUS or a member of the administration and actually be able to enter. ESTES stated that "he wanted to explain to POTUS that God asked him to change the world" and felt that he could travel to the White House and be granted access. ESTES was queried with respect to means of self-sustenance to which he responded that he works in "admin" for Avanti Real Estate. However, ESTES did state that he was trying to obtain employment with the Trump Corporation also in the field of "admin." ESTES was adamant that he did not wish any harm toward POTUS or any other protectee of this service.

ESTES was then transported to MPDC 2nd District and charged with unlawful entry.

ESTES is known to the USSS based on his prior contact at the White House Complex and Grounds. A review of ESTES's prior criminal history establishes that he has been arrested several times with a history of Unlawful Entries. On July 9, 2018, the night prior, ESTES arrived at the White House and was spotted at Trump Tower around 1200-1300 and migrated to the White house. ESTES has a fascination with POTUS and said that he wants to meet him. ESTES did admit that he was there as well. He explained that he messed up going there in hopes that POTUS would be there. ESTES claimed to have taken a taxi to get to DC from Maryland. He is unsure if he will go back to Maryland tonight and may stay "out here" (his words). ESTES seemed to be dressed appropriately for the weather. He wore jeans and a t-shirt that was covered by a Donald Trump fleece. ESTES carried a backpack and traveled with a small dog (Yorkie).

While conducting the interview, agents found out that ESTES was previously arrested and has been committed to Comprehensive Psychiatric Emergency Program (CPEP) previously. ESTES said that he was arrested for clothing returns at a store. While speaking to ESTES his demeanor seemed to be impaired from some type of drug use/alcohol. His gaze was fixed and his eyes seemed glazed. However, when agents questioned if he was under the influence of any drugs or alcohol, ESTES denied. ESTES spoke with a really light tone and slurred most sentences into one long word.

Initially, ESTES said that he has been living locally. However, later ESTES claimed he has been staying with a friend named Kelsey in Maryland. ESTES didn't recall her last name or where she lives. When agents asked for Kelsey's phone number, ESTES said that he didn't know her number.

ESTES wants to meet POTUS just to meet him. He said that he's a major fan of the president and wants to work on his campaign if possible. ESTES said that if he can't meet POTUS today that he will continue to try to meet him until he does get the opportunity.

When agents asked ESTES if he was taking any medicine, he replied no. ESTES said that he does drink wine and smoked marijuana when he was younger. ESTES said that he came to the White House to spread the good word and he was simply obeying orders from God. ESTES traveled with a small New Testament Bible that he held in his hand for the entirety of the interview.

ESTES said that he does not wish to pose harm to any USSS protectees. He stated that he had no military experience either. ESTES told agents that he does have family on the north side of DC but didn't recall any of their names or numbers. ESTES said that he does not own any weapons. ESTES denied being in any hospitals previously for mental evaluation.

ESTES plans to continue to come to the White House to speak to POTUS. He does not have any intention of quitting his venture to meet the President. Agents told him that meeting POTUS wouldn't be possible. He smiled and said "I'll just keep trying".

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 1752(a)(l ).

_____
Dominique Roberts,
Officer, United States Secret Service

Sworn and subscribed to me before this _____ day of July, 2018.

_____
The Honorable Deborah A. Robinson
United States Magistrate Judge